IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEANDI A. FORBES,

    Plaintiff,

v.                                         Case No. 4:16cv8-MW/CAS

GOODWILL INDUSTRIES,
FRED G. SHELFER,

    Defendants.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and because this successive action is barred by the doctrine of *res judicata*." Defendant's motion to dismiss, ECF No. 11, is **DENIED as moot**. The

Clerk shall close the file.

**SO ORDERED on March 21, 2016.**

                                                 **s/Mark E. Walker              ____**
                                                 **United States District Judge**